Search Facebook



**Cynthia Delaney**
May 15 · Crawford, TX ·

Because we love and adore you, we are excited to share a very special message with you. As we have and always will celebrate your victories, we know that you also celebrate ours, after all that's what family does, and for this we will be forever grateful for you!

In every professional diversification that Bill and I have ever made, it's always been a step up and a further enriching of the colors, shapes and designs in the tapestry of our personal and business lives. That certainly was the case for us 7 years ago when we started a journey that has produced a depth of love, respect and understanding for the network marketing business model.

Even with the diversity of our business background, we've become grounded in our personal convictions that this business model, more than any other, provides a platform for everyone to aspire to reach the uppermost limits of their visions and dreams. We will continue to do everything we can to expand the borders of personal belief for ourselves and everyone we know. We're at a point now that we are inspired every single day by our personal challenge to help other people believe much bigger, as soon as possible so they can actually LIVE their dreams.

At this time in our life, we understand more clearly than ever before the requirement that both people and organizations must constantly have the courage to reinvent our habits and practices if we desire to always be progressing and pressing the limits for individual accomplishments. In addition to this priority-level importance for the essential process of reinvention, we also have developed a crystal clear understanding of the importance of business diversification. "Putting all the eggs in one basket" has become an outdated way of thinking and no longer serves the needs of people who desire to create a broad and strong foundation of wealth.

Most importantly, Bill and I are business people who have chosen network marketing as our vehicle to create generational wealth. With the lofty goals we have set for ourselves, we are now following the example of countless other network marketing professionals by EXPANDING OUR BUSINESS PORTFOLIO to include additional business ventures. Our new ventures are complementary to everything we are currently involved with. We are inspired by many of our network marketing colleagues who have residual income streams from multiple and diverse sources. This strategy will allow us to more fully build the generational wealth platform that brought us to network marketing in the first place.

As we have been seeking ways to achieve our full business potential, destiny has brought us to a particular opportunity, the scope of which has caused us to dream and plan like never before. The words of some very prominent and ultra-successful people have inspired us. Sheryl Sandberg, the Chief Operating Officer at Facebook said, "If you're offered a seat on a rocket ship, don't ask what seat! Just get on." We've already taken our seats! Warren Buffet, who needs no introduction, said, "Opportunities come infrequently. When it rains gold, put out the bucket, not the thimble." Forget the bucket, we've already put out 55-gallon drums! This most famous investment icon also said, "You must position yourself in the front of a growth curve, not in the middle and not at the end, but at the inception and then realize that the window of opportunity is always closing so work like there is no tomorrow." We have now found ourselves in precisely this explosive business potential as described so perfectly by Mr. Buffett.

We consider you to be family, so it only seems right that we share a few details/factors/elements that form the foundation of why we have decided to expand our business portfolio so you can understand how we arrived at our decision:

The chance to create history with something NEVER before seen or done in network marketing.

A product offering with overwhelming universal market demand. Most significantly, this universal demand exists ALREADY in the marketplace and is part of the national dialogue all day, every day. Imagine the business potential of simply harvesting that demand from tens of millions of people who already want what we have.

Just a note or two about the scope of the market and the demand. 4 trillion dollars annually in the USA, alone. Nearly double that number when we go to our friends around the world. Our market consists of 20% of the entire economic output of the United States. The individual and company costs associated with our product offering DOUBLES every 5 years. We're still pinching ourselves with the magnitude of what has fallen into our laps. Over

**EXHIBIT 3**

these many years, we've cultivated the ability and vision to see opportunity when it lands in front of us.

A genuine and legitimate (not a marketing fiction) ground-floor opportunity where our voices are heard and we contribute in deeply meaningful ways to creating the perfect culture and inspiring community values from Day #1.

By design, destiny and the bold courage of making a great choice, we are at the FRONT of a massive financial trend. Being a pioneer at the beginning point of something this ENORMOUS----just imagine what that means.

We are surrounded by people we know, love, trust and who believe like we do in laughing without limits and who think our same way that having fun together is a CORE VALUE.

At the same time that a gigantic problem has been identified, we are empowered to bring a massive solution by assembling an army of entrepreneurs like ourselves. And, not a single other network marketing company operates in our space, making this is the perfect time to expand our portfolio.

We want to help people to WIN! This is a platform like we've never seen before to help hundreds of our friends become millionaires and free hundreds of thousands of families from financial strife. One of our core beliefs is that parents should have the opportunity to raise their own children. We imagine a much better world where children have "Present" and active parents. We have been blessed to be a part of this life enriching movement and look forward to expanding our ability with our new venture.

A state-of-the-art, innovative, dynamic and totally up-to-date wealth creating compensation plan based upon the best brain trust of 2016; formulated, designed and tested by some of the most experienced and successful corporate and distributor leaders in the world. Head-turning both for visionary leaders and grassroots team members.

The absolutely unique positioning of disruptive technology matching up with overwhelming market demand. Sound too good to be true?! Think UBER. Have you noticed how that's working out? Let's face it, I know we're all getting used to it, but there is still magic in pressing a button on our cell phone and having a car materialize with a driver who knows your name and who takes you to your destination without ever requiring you to pull out your wallet. A seven year old company, with a market valuation of 64 billion dollars and they don't even own a single car. Think disruptive technology matched with massive demand. It's no wonder that our new opportunity is being directly compared to UBER.

Even with 2 or 3 of the above elements in place, the decision to participate would be a no-brainer. But, it's way better than that----they are ALL present in the biggest business project we've ever encountered.

We are deeply grateful for our existing (and continuing) successes and experiences. We are also excited beyond words for the addition of new ventures that have become part of our wealth-creating business portfolio. We consider you family and are deeply grateful to be a part of your victories, and can't wait for our continued experiences and victories together. We will celebrate like never before all successes that bless our lives, both yours and ours!

With sincere love and gratitude,
Cynthia Delaney
"Live, Don't Exist!"

Share

80

**Cynthia Delaney** Ok everyone, due to confusion and inaccurate statements we will clarify. We are not leaving LifeVantage, but we are diversifying. If you hear that we are leaving, that is simply not true and did not come from us. Love, the Delaney's
16 · May 15 at 2:29pm

**Jose F Aguirre** Love you guys ..see ya soon ..
2 · May 15 at 2:41pm

**Diana Fye** Beautifully said, always!!!
2 · May 15 at 2:52pm

**Jason Sutton** Isn't that what every top producer in this business does? Good for you two. You are both excellent people!
5 · May 15 at 3:07pm

**Denise Sutherland-Grady** Awesome, and well said!
2 · May 15 at 3:20pm

**Brooke Coleman** We love you !!!! Always heading to the 🔝 !!!!!!
3 · May 15 at 5:32pm

**Chris Benson** Best to you both
2 · May 15 at 5:56pm

**Sylvia Gregersen** Best of luck to you always.
2 · May 15 at 6:09pm

**Molly Poirier** Love you guys and everything you touch turns to Gold. Blessed to know you.
2 · May 15 at 6:43pm

**Pamela Higginson Jaussi** So how do we learn about what else you are doing?
9 · May 15 at 9:27pm

**Patty Schulz** Thank you for sharing your wisdom& vision!
3 · May 16 at 10:27am

**Matt Collins** There is just one word for right now......THANKS
2 · June 7 at 4:54pm

**William C. Davison** You all are loved and appreciated for your contributions by all at Life Vantage! We all will certainly support your decision to make a important business decision for your family going forward! God Bless you all and keep on with NRF activating into the future!!!
2 · June 8 at 12:23am · Edited

**Barbara Kummert** You are awesome leaders. Thank you for inspiring others.
1 · June 8 at 9:27am

**HannahMae Limpic** Love you guys
1 · June 8 at 10:23pm



