EXHIBIT 4





Today, Global Rescue operates in 195 countries, in 100+ languages, providing what is seemingly impossible medical and rescue services in the most extreme situations. Quick intro video about Global Rescue: https://youtu.be/KFGbHBbXG_g and their website: www.GlobalRescue.com (which does not yet feature new launch)

Meet Dan Richards. Built Global Rescue due to need. Clients loved the service they received traveling, but not legal to offer in the US. Had a personal health crisis in US, and set out to change that. Legal victories, launching in August 2016!

They are preparing to launch a tsunami into the health care industry worldwide.

- Global Direct has 12 years of success in Health and Security Crisis Services
- Currently 225+ employees,
- World headquarters in Boston, Mass – with physical operations centers in 7 countries worldwide.
- New division just opened in Salt Lake City to house their expansion into virtual medicine in the U.S., then worldwide! Like Uber, but instead of pushing a button on an App and getting a car, you get high quality healthcare 24/7 from anywhere in the world.

- Disrupting the way people access healthcare. Nearly $4trillion US, and nearly $8trillion industry worldwide.
- PRE-LAUNCH begins June 1st! Official launch in August as early as AUG 1st!



It's a worldwide problem, but one that Americans surely recognize. Americans can no longer ACCESS the health care they deserve. Health Care is controlled by Government institutions, Pharmaceutical Companies, Insurance Companies and the industry needs a major overhaul. It needs to be disrupted.

**Meet the agents of Change: Global Rescue Direct** – launching in August! Imagine: Sick on a business trip? Open your phone app, you're immediately meeting with a doctor who diagnoses, recommends treatment and can call in a prescription for you - no waiting, no finding a clinic, no hassles. And this is just one of the benefits of the new Global Rescue Direct opportunity.

Think of DISRUPTIVE Breakthroughs of the past 5 years – they relied on new technology to deliver a BETTER way. Think Uber. Would anyone have believed disrupting the TAXI industry would create a company valued at over $85 Billion?



**DELIVERED BY AN ARMY OF ENTREPRENEUR ADVOCATES**

Think back to the launch of Uber in 2009. Whether you noticed or not, their launch was wrought with enemies trying to halt their innovation. Maybe you'll recall the news reports about the injunctions and legal attempts by the Taxi Unions and government groups to restrict access to Airports, city centers, etc for Uber drivers. If Uber had been a solo entity, they most likely would have been shut down – but they were made powerful due to their independent participants. They were an ARMY OF ADVOCATES, independent Uber Drivers- business owners – who were fighting for their rights.

**Global Response Direct knows the $4TRILLION Healthcare Industry will have its defenses up, too.** And they have chosen Network Marketing as the way to deliver the Health Care Revolution. Once a user has experienced the service, subscribers become advocates. Imagine - stay in home, not spend $$, better care from the Global Direct MedOps team! Collectively we've accepted the problem: 1) Quality of Care. 2) Cost of Care. 3) Accessibility of Care. Now, doing something to change that. Use the service, you're a GBO (Global Business Owner) with a significant Wealth Plan for sharing your experience.

Much like Uber, GRD is not just about MEMBERSHIP, it's about changing behavior.

Stop using the broken system, run you through a virtual medical exam – and you will never go back to the old way.  And you'll tell others.  And you'll be compensated, on every referral. Build a team, and earn a share of every use, everywhere in the world.

Everyone needs this.  They know they need it.  They just need an introduction. Can't afford it? (Refer others!)  You are compensated for the introduction, and every introduction that follows. We're assembling a Championship Team, engaged entrepreneurs to take this worldwide.  YOU ARE AMONGST THE FIRST TO KNOW THIS IS COMING!

## BeginTheRevolution.com
## Virtual Healthcare is here:

| PV | Membership Per Year | | Payment Plan | GBO Starter Kit |
|---|---|---|---|---|
| 200 | Unlimited Family | $3,075 | $1000/$200 mo. | $100 |
| 150 | Unlimited Individual | $2,175 | $650/$150 mo. | $100 |
| | | | | |
| 80 | Platinum Family | $1,505 | $750/$80 mo. | $100 |
| 80 | Platinum Individual | $875 | $340/$80 mo. | $100 |
| | | | | |
| 35 | Domestic Family | $600 | $340/$35 mo. | $100 |
| 25 | Domestic Individual | $400 | $250/$25 mo. | $100 |

Affordable annual memberships, prepare you for the worst-case scenarios while covering your day to day medical needs. It can even be paid for with pre-tax Healthcare Savings. Many are realizing they can cut back on their insurance with this care covering many office visit needs.



I will explain the compensation, but appreciate this. Just this one launch will be bigger than the entire MLM Industry at $186 Billion a year. The earnings will be so big, we will impact humanity. PRE-LAUNCH is entirely different – the entire company will grow under those first involved.

# Residual Earnings – Every Referral & Global Shares

| Unilevel Commissions | | GBO | Silver | | | Gold | | | Platinum | | | Diamond |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paid As Rank | | GBO | G1 | G2 | G3 | G4 | G5 | G6 | G7 | G8 | G9 | G10 | G11 |
| Paid Monthly | Volume | 0 | 2,500 | 5,000 | 10,000 | 15,000 | 25,000 | 50,000 | 75,000 | 100,000 | 150,000 | 250,000 | 500,000 |
| | PV | 100 | 100 | 100 | 100 | 200 | 200 | 200 | 300 | 300 | 300 | 300 | 300 |
| | Legs | 1 | 1 | 2 | 2 | 3 | 4 | 5 | 5 | 5 | 5 | 5 | 5 |
| | Max Balance | | | 80% | 70% | 60% | 60% | 60% | 40% | 40% | 40% | 40% | 40% |
| | Minimum | | | 10% | 10% | 10% | 10% | 10% | 15% | 15% | 15% | 15% | 15% |
| Unilevel Payout | | | | | | | | | | | | | |
| | Level 1 | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| | Level 2 | | | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| | Level 3 | | | | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| | Level 4 | | | | | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| | Level 5 | | | | | | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| Global Payout | | | | | | | | | | | | | |
| | Global Pool 1 | | | | | | | | 1% | 1% | 1% | 1% | 1% |
| | Global Pool 2 | | | | | | | | | 2% | 2% | 2% | 2% |
| | Global Pool 3 | | | | | | | | | | 3% | 3% | 3% |
| | Global Pool 4 | | | | | | | | | | | 4% | 4% |
| Team Building Bonus | | | | 5% | | 5% | | | 2% | | 2% | | 1% |

(1) Monthly minimum PV requirements may come from Members and personal membership purchases.
(2) Global Rescue Direct Wealth Plan is subject to change until the official launch.

Residual earnings – time freeing, mailbox money. Think Actors, Authors – they do their work once, and are paid on it's use month after month, year after year, for generations to come. With Global Rescue Direct you make the introduction, and you are paid on every use that results from that first introduction. Month after month, year after year. The Global Pool earnings kick in once your organizational volume exceeds $75k in users – this is legacy building wealth, willable as a business for generations to come.



GLOBAL RESCUE DIRECT: RIBBON CUTTING EVENT: Poolside at Red Rock Resort & Casino, NV
September 10, 2016

LEADER PERKS:
- 5 Partners: Gear GRD Logo'd Patagonia Jacket
- 10 Partners: + VIP Event Dinner 9/9 & Registration
- 15 Partners + + Special VIP Event Seating

- Top 10 Enrollers = + Hotel Accommodations
- Top 5 Enrollers = + Airfare for 2
- Top Enroller = + VIP Suite