

EXHIBIT 7

Bill Delaney

Bill Delaney | Timeline | Recent

Add Friend

# Bill Delaney

Add Friend | Message

Timeline | About | Friends | Photos | More

r end request.

Add Friend

**Bill Delaney** shared Global Rescue Direct's post.
July 12 at 9:04am ·

**Global Rescue Direct**
July 11 at 10:57am ·

Have you ever wished you could have gone to that "one" concert or made that "one" investment? Yeah, us too. Don't let this be one of those times you look back ...

See More

Share

6

**Bill Delaney** shared Global Rescue Direct's photo.
July 12 at 9:04am ·

Share

14

**Catherine Fogarty-Richard** Our messages often define us. This one is especially soft and clear
1 · July 12 at 11:25am

**Bill Delaney** shared Gary Vaynerchuk's photo.
July 3 at 1:27am ·

Friends · 3,459

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

**Intro**

Married to Cynthia Delaney

**Photos**



**Friends** · 3,459






English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016



**Gary Vaynerchuk**
July 2 at 6:00pm

Like Page

Audit your circle .... Like now

Share

27

Catherine Fogarty-Richard Gary V is the best.
1 · July 15 at 5:55pm

---

**Bill Delaney** with Cynthia Delaney.
June 24 at 2:55pm ·

Friends,

Please receive this message with the absolute love, admiration and gratitude that we have for all of you! It is with a very sad heart that it has come to this. Many of you are confused and we feel that you deserve to know the truth about what has happened, so we are posting this with the sincere hope that it gives you clarity.

A few weeks ago, LifeVantage placed us on indefinite "suspension" after we announced our excitement to diversify our business interests. We were shocked and disappointed by LifeVantage's actions. These actions rob the independence and freedom that all of us should have as independent business owners.

We believe that LifeVantage's actions are unfair and unlawful. As such, we were forced to file a lawsuit against LifeVantage.(See link below)

We remain hopeful that LifeVantage will reconsider its actions.

We spent years of dedicated efforts building our LifeVantage business. We continue to use Protandim every day and still recommend it to people. But the reward of our years of effort and hard work were eliminated by LifeVantage.

We want all of you to have hopes and dreams on fire! And wish you the very best! We stated very clearly that we were not leaving LifeVantage, but the company had other plans for us.

We appreciate your friendship!

Sincerely,
Bill & Cynthia Delaney
"Live, Don't Exist!"

https://www.dropbox.com/s/beb6meccw0x3pua/Complaint.pdf?dl=0





Intro

Married to Cynthia Delaney

Photos

Friends · 3,459

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More

Facebook © 2016

Plaintiffs,

v.

LIFEVANTAGE CORPORATION, a Colorado corporation

Defendant.

Case No. 2:16-cv-00448

Judge: Dee Benson

Plaintiffs Team Master Plan, LLC, Bill Delaney, and Cynthia Delaney (collectively "Plaintiffs") hereby complain and allege against defendant LifeVantage Corporation ("LifeVantage") as follows:

Share

65

**Diane Stone H** I had not heard. Thank you for yet another superb leadership commitment by letting us in the field know.
5 · June 24 at 4:14pm · Edited

**Alice Carpenter** The truth wil show in court and your love and inspiration to us all - will continue , I have faith in your beautiful family !
And as always appreciate your leadership
4 · June 24 at 4:13pm

**Sue Clark** Good luck, I hope it all works out for you... I believe it will..
2 · June 24 at 4:14pm

**Alicia Osmera** I am saddend to read this. I wish you well in your enevors.
2 · June 24 at 4:27pm

**Matthew Felton** If you need a place I will always be there to help you. I have property if needed.
2 · June 24 at 4:42pm

**Kacey Peacock** Isn't it in our distributor agreement not to go to other companies? Most companies have that clause
2 · June 24 at 4:50pm

> **Karen Murphy** Policy section 6 explains about that
> June 24 at 4:51pm
>
> **Kacey Peacock** Seems cut and dry
> June 24 at 4:58pm
>
> **LeeAnn Ray** You can go to 50 different companies if you want! Section 6
> 2 · June 24 at 5:06pm
>
> **Kacey Peacock** Right but how can you truly do non solicitation?
> June 24 at 5:07pm
>
> **LeeAnn Ray** I have a whole database of people who said no to LV who are looking at my new company.
> 3 · June 24 at 5:11pm
>
> **Kacey Peacock** That's an idea
> 1 · June 24 at 5:12pm
>
> **Bill Delaney**
>
> 
>
> NEWS CENTER
>
> COMPLIANCE WEEKLY – JUNE 24, 2016
>
> QUESTION –
>
> With the recent talk surrounding "diversity", what can a LifeVantage Distributor do with other direct selling companies?
>
> ANSWER –
>
> Diversity has become a popular term used to describe a distributor's participation in two or more MLM or direct selling companies. Here is what the LifeVantage Policies and Procedures say about what you "can" and "cannot" do as to other direct selling companies.
>
> Can you participate in other direct selling companies?
> **Absolutely!**
>
> 11 · June 24 at 5:18pm
>
> **Kathy Bayer** Good to know, I am in several. It's about making a difference in someone's life that helps people.
> 4 · June 24 at 5:59pm · Edited

**Renita Lofton Holton** Can you work at Pepsi and Coke? I have always admired your story and appreciated how you helped others. I don't see how trashing the company that you brought so many to helpful. It only looks like you are promoting your new location and discouraging people that you have shared this opportunity. Take the high road.
3 · June 24 at 5:15pm · Edited

> **Bill Delaney**

### Intro

Married to Cynthia Delaney

### Photos



### Friends · 3,459



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

---



2 · June 24 at 5:30pm

**Barbara Gayle** I have to agree with Renita. A safe approach would have been to discuss your intentions with corporate prior to embarking on this endeavor with the old regime. Please handle this in court and not on FB.
4 · June 24 at 10:06pm · Edited

**Bill Delaney** Barbara Gayle We tried to work with corporate and we continue to hope that they will be willing to work with us.
June 24 at 8:00pm

**Barbara Gayle** Bill Delaney I believe you are going about it all wrong and frankly seeing from this, it would make it difficult to work in another MLM with you and the others. This behavior is detrimental and I don't appreciate it. This is not how you build a lifelong legacy...Sorry but I'm offended by all this. Child's play.
2 · June 24 at 8:11pm

**Bill Delaney** Barbara Gayle ok, we respect your opinion. Love always!
2 · June 24 at 8:16pm

**Shawn Jorgenson** I assume this is about Ryan's company? Ryan was the rock here at LifeVantage and who wouldn't want to check out what he's got going on? It looked very compelling. Frankly, I wasn't prospected by anyone but because of relationships that were built, I was inspired to take a look. I saw Bill Delaney like the posts and if anything I had respect for his openness to look at other opportunities while continuing to lead at LifeVantage.
1 · June 25 at 9:10pm

**Bill Delaney** Renita Lofton Holton I'm confused by your comment, we did not mention any new company in our post. "Trashing" will never come from our side! We love and appreciate all the distributors of LV and wish them all the success in the world, including you! Please read the everything in its entirety. "Clarity" is our hope!
12 · June 24 at 5:27pm

**Christine Navarro** We love you both for your support.
2 · June 24 at 6:49pm

**Charlene Robblee Dawson** Actually, I found out about the new company through a link from Cynthia's page, with a pre-launch call, with many familiar voices and names.
1 · June 24 at 11:02pm

**Bill Delaney** Charlene Robblee Dawson Only after LV's unlawful actions including not paying us, did we ever mention a company.
2 · June 24 at 11:06pm

**Charlene Robblee Dawson** So tit for tat. I understand and wish the best for everyone involved. God is in the mix somehow and good comes to those who believe. The truth will set you free or bring you down...not for me to judge.
June 24 at 11:11pm

**Bill Delaney** Charlene Robblee Dawson love that...love you!
2 · June 24 at 11:11pm

**Charlene Robblee Dawson** We love you too.
June 24 at 11:12pm

**Angela C. Keller** I sure hope this doesn't affect our stocks and you get to keep yours. Im sure you had a healthy handful. Good luck to you guys in your new biz. Definitely going to miss you. I'm pretty much heartbroken sick and confused about your change. But life goes on Live don't exist right?
3 · June 24 at 6:04pm

**Gary Lance** Holy shit guys!!! Excuse my language but that f***** up!! You guys are amazing! U R Lifevantage. They should realize and embrace you instead of picking a fight. Oh well can't fix stupid right??
4 · June 24 at 6:10pm

**Ryan Thompson** Bill, I commented on Cynthia's post and would express the same thing to you. There is obviously A LOT that people are unaware of in the general public and certain sound bites that people hold on to; unfortunately that's the nature of these things. But that said, I want you to know that those who know you best know that you stand for and honor your principles and values. You've always done the right thing for the right reason and when there are differences of opinion you've not been given to mudslinging. It's my honor to call you my friend and it's an honor to stand by you as you go through this.
33 · June 24 at 6:34pm

 **Jae Lazar** 100%!!

2 · June 24 at 7:04pm

**Lynda Taylor** Ryan I don't understand. Bill and Cynthia have been great with LifeVantage...no question however they violated their contract when they made their announce to the LifeVantage Distributors. I feel bad for them but all they had to do is go work with Global Rescue and find OTHER people and continue supporting LifeVantage. That's easy enough and wouldn't cause the suspension from LifeVantage. I don't believe they are victims here or is there more to the story?
June 24 at 9:30pm

**Bill Delaney** Ryan Thompson For these words to come from you...means so much! You are the definition of "do the right thing" We are blessed and honored to be your friend! And to stand with you to do good in this world! Inspired is an understatement!
#payitforward
3 · June 24 at 11:34pm

**Ryan Thompson** There is more to the story Lynda. Yes. This is also why this has escalated to the courts and rightly so. I support Cynthia and Bill for the reasons I expressed to them on their news feed. I too, wish for you the very best with your business. Take care -R
4 · June 24 at 11:53pm

**Lynda Taylor** Ryan, I appreciate the thought of my focus being distracted...which it is. I have spent days and days and hours of my time dealing with the aftermath of the Delaney "announcement" and the next announcement regarding the lawsuit so yes my focus is trashed. Who trashed it...the Delaneys...why they did it is still unknown...maybe it was in response to something from LifeVantage but it was NOT LifeVantage that caused this public drama...it was the Delaneys. For that I am angry! As for the rest of it...they can fight it out in court.
1 · June 25 at 12:47pm

**Dave Obermeyer** Wow Lynda...the Delaney's are responsible for YOUR FOCUS being trashed...do you need a safe space too??? We are all responsible for ourselves and reactions to outside factors!!!
1 · June 29 at 7:14am

**Kimberly Cole** Gilbert Smith III
June 24 at 6:53pm

**Lynda Taylor** My question would be this...what was your intention of making your "announcement"? What were you trying to do? Recruit people from LifeVantage? Why did you make the announce? For me it's a huge huge violation against your agreement with LifeVantage. To decide to change your direction is fine but to announce it in this arena is hateful. I always admired you all but that's gone now. Good luck with your future and try and stay loyal to something.
5 · June 24 at 7:04pm

Hide 12 Replies

**Bill Delaney** Lynda Taylor some people choose to lurk in the shadows, we chose to be "open" and forthright, including our commitment to LifeVantage. It's just who we are!
2 · June 24 at 7:19pm

**Lynda Taylor** I'm sorry but it didn't work...the open and honest part...in my heart I wish you all would have just not made the announce to LifeVantage Distributors because, of course, that was openly against your contract/agreement with LifeVantage....I know people "lurk" around but that too is against the contract. Good luck to you all...the new product sounds great!
June 24 at 9:42pm

**Bill Delaney** Lynda Taylor We never made an announcement to LifeVantage distributors, and we never invited anyone to join us, and we never mentioned a company. We simply stated that we were diversifying, period. We even clearly stated the we were not leaving LifeVantage. Are you stating that the p's & p's say you can't do that? No one has a contract or agreement that states such a thing.
1 · June 24 at 9:49pm

**Lynda Taylor** I'm not arguing with you Bill. I just think that as high profile people with LifeVantage you should never have made that announcement because underneath that announcement is a silent suggestion or lure...it worked for me...I looked up where you were going. What a mess!
June 24 at 9:59pm

**Lynda Taylor** Bill you all made the announcement to your friends on Facebook and most of those friends are LifeVantage Distributors.
June 24 at 10:03pm

**Bill Delaney** Lynda Taylor We did not and are not inviting you to join or follow us, and we definitely never told you or anyone else to cease your LV business. We intentionally did not state a company, place or website.
1 · June 24 at 10:07pm

**Lynda Taylor** Then why did you make the announcement? And it's so easy to find out where you are going which I am sure you knew...that's where this sword will get you in trouble
June 24 at 10:11pm

**Bill Delaney** Lynda Taylor You seem very concerned, Please do not be distracted, maintain a laser focus on your LV business. If you are concerned as it seems, please retract your FB friend request to me, and



Intro

Married to Cynthia Delaney

Photos



Friends · 3,459




English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies ·
More
Facebook © 2016

### Intro

Married to Cynthia Delaney

### Photos



### Friends · 3,459

have your organization do the same. We would never wish to disrupt your success.
1 · June 24 at 10:27pm

**Lynda Taylor** I'm concerned for you all....not me and I have no control over who my downline is friends with on Facebook....damage is already done!
June 24 at 10:32pm

**Bill Delaney** Lynda Taylor Control? Aren't we all free people? Damage? Please advise who from your down line was invited to join or follow anyone to another company. It didn't happen. We did not friend request your friends or your down line. We have thousands of friends from all over the world, and contrary to your belief, they are not all LV. But you can retract your friend request to us if you wish. I really hope you can regain your focus, you seem really consumed by your opinion.
4 · June 24 at 10:39pm

**Emelia King** Lynda, if you talk to ANY life coach, or any other financial advisor, they will tell you to diversify. They will tell you the best security is in creating multiple streams of income. How exactly is announcing a new venture violating LifeVantage when the contract you sign as an independant distributor clearly states that you are not prohibited from participating with other companies? Do you always put all your eggs in the same basket?

Is it possible that you could do LifeVantage and Tupperware, or Arbonne, LulaRoe, or Premiere or Legal Shield ?????? I suspect that there IS more to this story, but I am not inclined to think that it is as nefarious as you have implied.
3 · June 24 at 10:48pm

**Lynda Taylor** I don't need lectures about diversification. I am an adult business woman. And I'm not the one who has their distributorship suspended. And in a million years I would not have posted this particular topic when I am suing the Company and I would never have put my hard earned money at stake. The only lesson learned here is diversify with the announcement to non LifeVantage Distributors
2 · June 24 at 10:57pm

**Denise Sutherland-Grady** Good luck! Sorry to see you go!
2 · June 24 at 7:12pm

**Sheila Burnham** Bill,
You and Cynthia have been amazing, heartfelt leaders that kept so many people excited and striving for success!!!!
Thank you for who you ARE and MUCH SUCCESS in life because it is WELL DESERVED!!!!
Y'all are LOVED BY MANY!!!!   ❤ ❤
7 · June 24 at 7:21pm

**Sheila Burnham** PS ignore the haters
Hate only gets you so far
6 · June 24 at 7:22pm

**Abrianna Gonzalez** Ain't that the truth!
1 · June 24 at 9:09pm

**Ed Marvel** A hater is going to hate. That's what they do.
June 26 at 9:57am

**Aaron Kozmits** I've been moved by the both of you for years now, so I say this with all due respect, is this post appropriate? Could this suit potentially hurt my LifeVantage family or leadership? I mean no disrespect, I can't stress that more, but do you really think it's right to post this information? Seeing anyone or anything vs LifeVantage gives me a visceral reaction, so please, I apologize if I seem overly protective. I'm not a hater, would like both sides of story, still don't think it's an appropriate post, I'm not a hater.
2 · June 24 at 7:24pm

**Bill Delaney** Aaron Kozmits You stated it perfectly, "both sides" of the story. We did everything we could to "stay" at LifeVantage and help everyone. It was not our choice. We literally lost everything to build LV, including living in a camper when our home was foreclosed.
If you or anyone else contacted us today and asked for help with your LifeVantage business, we would help you no questions asked! That's just who we have always been and always will be! Love and gratitude always!
3 · June 24 at 7:31pm

**Aaron Kozmits** Wow Bill, that is heartbreaking, I am truly saddened by this. Thank you for taking my post at face value. You will be missed as will your bride. Like a little piece of LV is now missing without you. I have confidence that this will just be part of your story of changing the world even more. Be well, please give my best to Cynthia.
2 · June 24 at 7:38pm

**Aaron Kozmits** Something isn't sitting right, may we please revisit some questions please Bill. Does this suit have the potential to negatively affect the LifeVantage family we both love? If it could affect anything, even in the slightest, is it worth it to chance a ripple effect that could hurt the people we care so much for? Is the purpose of this post you asking the rest of us to be okay that you filed a suit against a company and products that have given so many our lives back? I assure you I'm not being glib or passive aggressive, but this just doesn't feel right Bill, it feels wrong, that emotion is coming from my core. You keep saying, that's just who we are and always been...you've always been the kind of people who would sue LifeVantage? Is there a possibility you will reconsider? If my horizons

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

**Intro**

Married to Cynthia Delaney

**Photos**



**Friends** · 3,459

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

aren't broad enough, if I'm not seeing something, if I'm missing a key piece, please educate me. This conversation literally hurts my chest to write Bill. If you'd like to talk on Messenger, please.
1 · June 25 at 12:49am

**Bill Delaney** Aaron Kozmits We are very sad that it come to this. The suit is our response to their actions including not paying us. We are hopeful that LV will reconsider their actions and that this can all be over immediately.
1 · June 25 at 12:54am

**Aaron Kozmits** But how can they now Bill? You filed the suit already, it's out there now, and now in the ether of Facebook. I would imagine your original post would make it more difficult for LifeVantage to reconsider. I hope everyone makes the decision that's right for them.
June 25 at 1:07am

**Bill Delaney** Aaron Kozmits We tried weeks ago prior to the suit, they weren't interested. We are still hopeful. We would happily retract the suit.
1 · June 25 at 1:12am

**Aaron Kozmits** That's fantastic news! So there's still hope? Bill putting myself in your shoes, say the suit is ruled in my favor and I receive punitive damages as well, LifeVantage has to lay off two employees in shipping, now half the orders go out a day late from one distribution center in the country, natural gene expression is so life altering, I couldn't take that chance, slim as it may be, that I was the cause of that delay. Can you really take that chance? This is not an easy conversation to have Bill, I'm sure there is so much more nuance to things I'm not privy to. Please reconsider your suit. There is also a distributor who is doing everything he can for the veterans. What if your suit affected the Legacy Program? Please think about it, pray on it, ask the Universe if this move feels right. Never do anything that doesn't feel right. I'm sure this has been exhausting for the two of you. Rest well and take good care of yourselves.
3 · June 25 at 12:44pm · Edited

**Bill Delaney** Aaron Kozmits We want LV to thrive and prosper and we are willing to help!
1 · June 25 at 1:48am

**Kim Brown Lachapelle** I agree completely with you Aaron.
June 25 at 5:20am

**Jennifer B Williams** Aaron...you are too kind. Thank YOU for your kindness and leadership!
June 25 at 9:01pm

**Lynda Taylor** Sheila, I'm not a hater but what I see are two successful people totally blowing their own hard work to shreds....I'm not a hater, I'm just truly amazed that they thought it was okay to make their announce of joining another company in this same forum as if to entice and or lure LifeVantage people to join them. Unfortunately if I were on the jury they would be guilty and the sad part is that now their money from LifeVantage is gone. Who does dumb stuff like that?
5 · June 24 at 7:31pm

**Bill Delaney** Best wishes to you Lynda Taylor Love to you always! A great mentor told us that time and truth always meet.
4 · June 24 at 7:33pm

**Chris Benson** I'm confused. Why is the law firm mentioning defendants as Douglas C. Robinson, David phelps and Global Rescue LLC dba Global Rescue Direct on page 15 are they involved in the lawsuit too? This is so sad     for everyone.
1 · June 24 at 7:36pm

**Karen Murphy** Doug Robinson is the President and Dave Phelps the VP of sales for Global Rescue Direct
June 24 at 7:45pm

**Denise Eymard Turknett** Because they also joined the other new MLM
June 24 at 8:03pm

**Antonio D. Travis** Wow
June 24 at 9:05pm

**Kim Walsh** Well it doesnt surprise me that you are sueing. I hired an attorney a year and half ago but settled. Lifevantage is a joke.
4 · June 24 at 7:46pm

**Kathy Bayer** Ugly unspoken silence in the MLM business I have wrote about this having several MLM's . One saved my life when the medical field could not and it was 10 years before LV, the next changed my physical outlook on life again before LV and now making a positive impact on lives which includes LV. I am still deeply involved in all. Would not change a thing and yes I currently have Pc's on all. If I have to decide on one someone will suffer and that's not acceptable to me. Until that day comes I will continue my purpose God put me here to do! Keep on!!!
3 · June 24 at 7:48pm · Edited

**Lynda Taylor** Kathy, you don't have to decide on one but what you can't do is recruit your LifeVantage people to sell/promote your other products. Simple and easy to understand.
In this particular case, the Delaneys choose to make their announcement in this forum...to LifeVantage distributors ....which elicits distributors to inquire and perhaps join them. Totally against the contract....similar to this particular

**Intro**

Married to Cynthia Delaney

**Photos**



**Friends** · 3,459



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

---

feed....why are they again taking their information to LifeVantage distributors? What's the purpose? I've got to wonder?!!!!!
2 · June 24 at 8:03pm

> **Bill Delaney** Lynda Taylor We are not inviting anyone to "join" or "follow", we only hope for clarity.
> 1 · June 24 at 8:06pm

> **Lynda Taylor** That makes no sense at all. Clarity?
> 1 · June 24 at 9:52pm

> **Ashley Bridgewater** Maybe they are posting here because it's their personal Facebook page and they can post what they want on it. It's very easy to unfollow or unfriend someone if you don't like what they post.. Maybe you could try it since you don't seem to like what you are seeing.
> 6 · June 25 at 1:15am

> **Lynda Taylor** Apparently you are not correct....you may NOT post anything you want on your personal Facebook page or a huge mess like this occurs.
> June 25 at 7:09am

> **Kaitlin Carrillo** I'm so confused, who cares if other people go and join their new company? the policy says we can be with other MLMs? so what if their WHOLE down line wanted to join this second MLM as well? I agree, it is their Facebook page. not like they posted in the private LFVN page. I post about my second MLM on mine. but I'm a PRO1 so it doesn't matter yet.
> 1 · June 26 at 7:09am

> **Ed Marvel** Lynda Taylor. Their original post was to let people know that if they heard rumors about the Delaney family, nothing was changing. As small as our community is, there was already a buzz going in some circles before they posted anything. The second post was to assure everyone they were still staying in and doing LV just as before. Nothing was changing.
>
> Human nature is that without facts, people tend to think the worst, and then spread that.
>
> That was the clarity he was trying give. (In my opinion)
>
> As far as recruiting people, that makes me laugh. I and many other people were begging to know what they were looking at. Nada. Nothing at all. No recruiting was taking place.
>
> In the end, the Delaney family are exemplary leaders. That also means they will have followers. They will be successful in any endeavor they pursue.
>
> What started this was the treatment Life Vantage gave to two of their most dynamic and successful business partners. If anything, it would be LV's action that would cause me to reevaluate the integrity of the company.
>
> If LV is as strong as they are (and I believe that to be true), they will keep on trucking and be just fine. If the organization crumbles because two people leave (they were told to leave, by the way) then I say that was not a very solid company to begin with.
>
> In closing I must confess that I f I were in Bill and Cynthia's position it would have been much more ugly. Guess I don't have the class they do.
>
> These are my sole expressed views and opinions and are not endorsed or approved by the Delaney family, Team Master Plan, Life Vantage, Facebook, the Universe or the many people who just want to disparage two very fine individuals.
> 2 · June 26 at 10:58am

> **Christy Banks** Ed Marvel Thanks for your comments Ed. I don't believe Bill and Cynthia would do anything to devastate the lives of so many people who have invested in Lifevantage. This "drama" is damaging. Poor timing. Stocks are going back down. It is sad and I am g... See More
> 1 · June 30 at 11:06pm

**Sherri Webb LaClaire** Dear Bill & Cynthia,
I'm so very proud of u both!!!! I'm so sorry for what u have had to go thru...I have seen with my own eyes and heart what kind and giving people you both are... I would have done exactly what you are doing, which is living a beautiful life and helping as many people along the way!!!!
As far as the negative comments here, honestly they couldn't have known you both at all!!!!Bill & Cynthia are the most pay it forward people I know!!!!
I'm glad that you posted this, you both are very loved, we are so blessed to have u both in our lives, and we stand with you all the way!!!!💋
8 · June 24 at 8:13pm

> **Bill Delaney** Sherri Webb LaClaire
> 1 · June 24 at 8:44pm

**Jill Ford Hayes** Bill...You are an amazing mentor, leader, and awesome family man. Your family has helped my son and I realize our potential in NM! I swore to never sell another product again until I met your family! You didn't retire to an island instead you have helped many realize their potential and help retire hundreds!! Thank you Bill, Cynthia, and Dillon for believing in my family. We've got your back!!! Love you guys beyond measure 💜
4 · June 24 at 8:19pm

> **Bill Delaney** Love and gratitude    Jill Ford Hayes

**Intro**

Married to Cynthia Delaney

**Photos**



**Friends** · 3,459



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

June 24 at 8:44pm

**Kathy Bayer** Thank you so much! Respectfully, I am a 10 + year vet at this. I have never met anyone like the Bill Delaney and Cynthia in my other businesses Bill and Cynthia, they actually took time from there life to meet with me and knowing what I did in my other businesses. To want and help me to succeed in this business. It really comes down to heart and soul! They changed my view on what I really have. They taught me that my success is right in front of me! I know they were put in my life to validate what God has planned for me and not to cut myself short of the potential.

3 · June 24 at 8:26pm · Edited

 **Bill Delaney Kathy Bayer** Humbled!
June 24 at 8:32pm

**Lynda Taylor** Kim Walsh, if LifeVantage is such a joke and if you are looking for work, perhaps Bill and Cynthia have an opportunity for you.
June 24 at 8:41pm

**Edgar Morales** Isn't NM a peoples business? Then why so called leaders decide to give more value to a company or a product instead to the people who made that company successful? No matter how good a product is or how good the pay plan is or how good the company management is, etc. Reality is that, without leaders like Bill Delaney and Cynthia Delaney no company could get anywhere. So in the end, the people is what matters most and I believe Bill and Cynthia are the kind of people you will always want to partner up with. By your self you will score, but with the right team you will win championships. Honored to be friends with people like Bill and Cynthia even though we just met...

8 · June 24 at 8:55pm

 **Bill Delaney** WOW! Edgar Morales very humbling!  We appreciate you.
2 · June 24 at 8:57pm

 **Darcy Bedford** Jason Domingo made this company happen ...did the Delaney's support him? I'd like to hear the answer to that.
June 24 at 9:37pm

 **Bill Delaney Darcy Bedford** Interesting opinion, it might be more appropriate to run that by all of the pro10's in Anaheim. We feel like it was a team effort by everyone including you.
June 24 at 11:10pm

 **Darcy Bedford** Not by me! I have always stood by Jason Domingo. I have a great "gut" and have always been able to read between the lines and see the truth. There's not one person who would tell you that I've said anything negative about Jason.
June 25 at 1:16am

**Kathy Bayer** Yes I have a network of friends I can send to my marketplace! Ditto Edgar !
4 · June 24 at 9:02pm

**Abrianna Gonzalez** I am deeply saddened to read all of these negative comments toward Bill & Cynthia Delaney because they have been nothing but pay it forward people for as long as I've know them. Thank you Bill, Cynthia & Dillon for taking me under your wings and loving me beyond measure and being the BEST mentors I could ever possibly ask for! Y'all have done absolutely nothing but show your passion for what y'all do to help and love others. You both have HUGE hearts of gold and I am absolutely blessed to know y'all and feel like part of your family. Here's to our futures and a lifetime of love and friendship! Love y'all to pieces

9 · June 24 at 9:07pm

 **Bill Delaney** LOVE you BRI BRI!
1 · June 24 at 9:15pm

 **Abrianna Gonzalez** LOVE Y'ALL MORE!!
1 · June 24 at 9:16pm

 **Cynthia Delaney** You are such a Beautiful light in our life Abrianna Gonzalez!! This message blew me away! Your heart is So Huge!! Thank you for your love!! You are Family Forever!! & we will all share in Great futures together! Tons of Love being sent back your way Sweet Abri
2 · June 25 at 12:52am

 **Abrianna Gonzalez** I couldn't be more blessed to know y'all! Thank y'all for everything you do for not only me but everyone else!! Sending love y'all's way and so are the pups!!
2 · June 25 at 12:55am

 **LeeAnn Ray** The reflection of your hearts is known far and wide!!! You are both dream dealers!! Hope givers!!! Do not let anyone question your purpose!! David and I love you both!!
4 · June 24 at 9:24pm

 **Shawn Swore Atay** Still very unclear as to what your new adventure is going to be!! I'm not sure I've seen anything but your original post that you guys put out! Clarification would help a lot of us I believe!
Shawn and Ersin Shawn Swore Atay
June 24 at 10:00pm · Edited

 **Jennifer Lynn** BILL and Cynthia Delaney you both inspire me with your integrity and knowledge. Know that we are behind you as you make these difficult choices.

**Intro**

Married to Cynthia Delaney

**Photos**



**Friends** · 3,459



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

---

1 · June 24 at 10:16pm

**Ed Marvel** Wow!!!
I can not believe what I'm reading.
Bill and Cynthia are the most selfless, loving, caring and sharing people I know.
This is a dark day for LV indeed.
Stay strong Bill, Cynthia and Dillon. I know you will.
Love y'all and miss y'all very much.
11 · June 24 at 10:49pm

**Brooke Coleman** I second what he said ^^^
2 · June 24 at 11:15pm

**Heath Skinner** In the court of public opinion you will likely win your case because people trusted and loved you guys but in my opinion you have bitten the hand that feeds you. I would expect cross recruiting from someone like Ryan Thompson or Dave Phelps or Doug Robinson because these guys have never walked the walk that is required to be an elite distributor in LV. This is what corporate employees do. But the relationships that are developed in the trenches as distributors that have found success is in unlike anything on the planet. The bond, the love and more than anything else, the trust. The moment you chose to "diversify" you told every leader on your team that your needs were more important than theirs. Then you committed the cardinal sin and recruited other LV distributors. I'm guessing this is where the lawsuit comes into play. I would also Guess that the others named in the suit have broken some sort of a non-compete. You opened yourself up to criticism the moment you made your suit public which is a little tacky by itself. I think you and Cynthia are great people but in the world of network marketing, I think you and a few others forgot where you came from. Tell Jonny Hi!
15 · June 24 at 10:51pm

**Bill Delaney** Heath Skinner We respect your opinion, unfortunately it is uninformed and opinion and "guessing" as you stated. We recruited zero LV distributors, but it's interesting that you state as such, this says all that needs to be said about the "other" side of the story.
3 · June 24 at 11:01pm

**William Peoples** There should be something LifeVantage can do when someone intensional and knowing brakes the rules and gets caught then blame the company for enforcing the rules. Now the rule brakes bad mouth the company that enabled them to have all that they have.
June 24 at 11:26pm

**Bill Delaney** William Peoples interesting opinion, especially since you have no facts. "Brakes"?

No bad mouthing from us. And no rules broken. Just the truth about what happened.

We responded appropriately to them not paying us.

Best wishes to you! Don't be distracted, stay focused on your LV business and please retract your FB friend request to us if you would rather not see our posts.
3 · June 24 at 11:40pm

**Ryan Thompson** Interesting comment
4 · June 25 at 12:16am

**Penny LeClair** like throwing you guys under the proverbial bus (or... off-road vehicle..?)
people love to flatter, thinking they are impressing others, so of course it's just empty and worthless. a true friend doesn't need to do so, but proves him-/herself in trustworthiness.
"you shall know them by their fruits". i pray to be counted worthy of the greatest friendship of all -- that with my Redeemer.
be blessed, Ryan.     you are missed.
1 · June 25 at 4:22am

**Melissa Andrews Grimes** Ryan Thompson lol
1 · June 25 at 5:55am

**Adria Christine Olson** Keep on keeping on Set them FREE
3 · June 25 at 2:16am

**Kevin Bingham** Isn't it interesting how people get distracted by these kinds of things...I think that whatever people decide to do for themselves is their own business and nobody else's, really...I wish you and your family all the success in your new venture, it looks like a lot of fun....!

Posting the details you have on the world's largest social media platform I think was an unprofessional move, just my opinion...

Take it easy and may the Lord bless the Delaney's...!
7 · June 25 at 2:17am

**Lucy Villa McKenna** This post didn't come off negative at all. I respect and appreciate honesty. So thank you for your realness. Best wishes & good luck to you two in your future business endeavors! I also applaud the maturity in the responses to some comments some people have made! Good job 👍    Negative intentions or words were not put behind this post, it's just certain people chose to take it that way, and that makes it THEIR problem/karma. We should support each other's decisions, rather than bash or question them, when they were made to better one's life and happiness.

If you have nothing nice to say, then don't say anything at all. Simple.
5 · June 25 at 11:47am · Edited



**Lisa Domingo** Woo wee! That document is actually well written and put together. I thought the P&P was clear & sounds like you followed it. This all together sounds like what many people working in the corporate world find out - "you do you bc the company will always do them. You are replaceable." And something I learned while working in state government - "he who controls the purse strings, controls everything." (All quotes by me). It's an interesting situation...and potentially shows that being free of the employee/employer relationship when one joins a NM is BS. As well as other things...

You do you...

2 · June 25 at 4:22am

**Ray Mata** Assuming that by diversifying your business interests you guys mean your exploring other NM opportunities, I don't personally feel that LifeVantage has any business interfering with your freedom as independent distributors. Unless some clause exists in the independent distributor contract that prohibits us from diversifying our business interests by running with more than one NM opportunity, LifeVantage has no grounds for withholding payments to you for your actions in expanding your health and wellness goals. Who ever said LifeVantage was the only great company out there? In our compensation structure we have the elite bonus pool. All of our collective efforts are shared with top ranking business owners. Who's to say we can't extend that pool to include other opportunities with similar health and wellness goals. After all, isn't our mission one and the same? To create a better world through inspiring and supporting the very best in people. LifeVantage is a vehicle for transformation and long term health and wellness, not an empire. Bill Delaney and Cynthia Delaney have, in my observations, done nothing but the best for Lifevantage. I think it's time LifeVantage return the love, and not only in long term residual income checks, but in support and celebration of our mutually beneficial missions of creating a better world. Rock on guys, keep it real, please be radically honest and stand in the place of your truth...there's plenty of space for everyone to stand together in their truth.

11 · June 25 at 4:39am

**Madison Jaicee Nolen** Uncle Bill! Y'all have been in my constant prayers since the announcement and will continue to be through this "rough patch"! I am beyond blessed to be able to call y'all family. You, Aunt Cynthia, and Dillon are lights in my life and in so many other lives. I admire your honesty and i know that sometimes it's hard! Proud to call y'all family and I love you soooo much!

4 · June 25 at 8:33am · Edited

**Steven Cambre** Love you guys.

3 · June 25 at 5:06am

**Kim Heath** Really like y'all, and have respected you and what you have done in LifeVantage, but also believe this is not the place for you to discuss this. It can only hurt the new distributors who are trying to build their belief. If you truly love LifeVantage, and especially it's wonderful culture, you will remove this post and discuss your predicament in private. There are always many sides to an issue such as this.

8 · June 25 at 5:28am

  **Bill Delaney** Kim Heath We respect your opinion and concerns, unfortunately only one side of the story is being passed around and its an attitude of guilty until proven innocent. We remain hopeful that LV will reconsider its actions and this can all be over immediately. Best wishes to you.

  3 · June 25 at 8:43am

  **Christy Banks** Bill Delaney Praying for the same Bill. Hoping all will hold on their comments until truth is exposed. My prayers are for all involved.

  June 30 at 11:15pm

**Shirley Rush** So sorry to hear this!!!

3 · June 25 at 6:28am

**Penny LeClair** I find it disheartening, to say the least, seeing such negativity toward two people who have as much right to their businesses as those of you trashing them who didn't judge you for having more than one business -- including LifeVantage --
but helped you and encouraged you to make it all work out for YOUR best interests. and now, you have the nerve, no, the gall, to position yourselves as judge & jury. wow.

how quickly people can turn on others.
it isn't the first time I've seen these reactions. but if this & the previous occasions I know of are any indication of how this Company's lifeblood -- the distributor base -- is going to flow against the heart of it, then what's left? great (unbeatable) products relegated to shelves again (metaphorically)?
I do know some super individuals who are involved in this Company, dear people I'm very pleased to have met, and I know also that the unpleasant, unkind behaviors of some do not automatically mirror that of all. I just see a trend I do not like, that does not support the concept of integrity but mirrors the world in general. I'm not worrying, mind you, but as I've stated on my own page in the past -- I'm no 'bandwagon' person; no 'mob mentality' for me.

5 · June 25 at 7:18am

  Lucy Villa McKenna 

  2 · June 25 at 11:01am

  **Gordon Unruh** Not a matter of anyone turning on someone. Papers are signed to safeguard all our intetests that we work hard for. You have to be compliant in ant business. Everyone involved was aware of consequences.

  2 · June 25 at 1:56pm

### Intro

Married to Cynthia Delaney

### Photos





### Friends · 3,459

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

### Intro

Married to Cynthia Delaney

### Photos



### Friends · 3,459



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

---

**Marlie Espinosa** Have not been with LV for some time now due to past similar actions toward its leaders. My prayers and support is for you and your family.
2 · June 25 at 7:24am

> **Penny LeClair** sorry to hear, Marlie... hope things work out for you as well, take care. yes, they need encouragement, not bashing.
> 3 · June 25 at 7:26am

> **Marlie Espinosa** Penny LeClair thank you. Yes, I'm in Real Estate now, something I've always wanted to do. I'm grateful for Protandim and the ones who introduced me to it. It truly is revolutionary.
> 3 · June 25 at 7:58am

**Gerold Murray** They did the same to me and my business partner. I was a Pro 4, so the compensation loss doesn't compare, but the ability to cut off what I've worked for and build to enhance their brand is what pissed me off the most. Good luck in your suit.
4 · June 25 at 9:13am

**Paula Ponzo** I am truly sorry that LV has taken the stance they have! We have been working under/with you for 3 1/2 yrs and value the experience and love that you have so freely and generously passed on to us!! You both are great assets to LV, it is THEIR loss in going this rout!!!! I am sure you both and Dylan will continue to make the world a better place on new road you are going down. Thanks for being positive role models for so many! Best wishes in getting what you rightly deserve from LV!!!!!!!! love to ya, Paula & Michael Ponzo
4 · June 25 at 9:21am

**Tricia Tomson** Wasn't it just last year....that LV was rolling out the red carpet encouraging distributors to "recruit" high level people from other network marketing companies? And if memory serves....the last event introduced new elites that had only been with the company a few months. You can not sit here and tell me that those people did not bring their team with them.

I actually applaud you both for seeking other opportunities. I love the products but the business model was not for me. Case in point....people in network marketing talk about being financially free....time freedom....be your own boss....they put down everyone out there working for a living and try to convince them that there is a better way....residual income. Well....this is my point. You both decided to grow....and what did you get....fired.

No job is safe and no profession is safe. Just work hard and follow your heart and in the end some of us will go to a better place. Bc money is greed and greed is money and you can't take it with you....
9 · June 25 at 10:04am

> **Kaitlin Carrillo** it seems LFVN will allow others to bring their whole down line to our company and reach the elite ranks in 2 months, but they want to protect it from happening to them, huh?
> 3 · June 26 at 7:16am

> **Brenda Geary** Tricia and Kaitlin you are both missing an important distinction. The difference is that they totally left their organizations and are not trying to continue to get paid by their other company while going to another company. Those that came from other companies totally cut ties. They aren't trying to double dip while at the same time cross recruiting.
> 1 · June 26 at 9:07am

> **Tricia Tomson** They may be forced to cut ties with the company but not their team. Those that believe in them and look up to them.....will follow. The reason why network marketing has a bad name....I've been involved with a few over the years.
> 1 · June 26 at 10:47am

> **Kaitlin Carrillo** ya exactly Brenda, LFVN is trying to prevent ppl from doing that. but you (LFVN in this case) in my opinion, say you can be a part of other LFVN but ppl on your LFVN cannot be apart of it and you can't post to your fb and this and that. too many rules. if you're going to allow ppl to join other MLM you can't make all these other rules. I'm sure the team that came to LFVN and reached elite ranks in two months left because their previous MLM wouldn't allow them to be a part of multiple like LFVN claims they do
> June 26 at 11:15am · Edited

> **LeeAnn Ray** Brenda Geary in response to those who came from other companies....I'm pretty sure (like 100% sure) you have some of your information incorrect....
> 1 · June 26 at 3:42pm

**Penny LeClair** well, I'm truly disgusted at the behavior some have chosen to display in this matter. I've just left, voluntarily, a certain group, whose moderator has taken the proverbial low road.     very sad it is, indeed. I don't condone such behavior, nor do I associate myself with it.
"Pro" numbers aren't what impress me, honorable character does.
thank you, Bill & Cynthia Delaney !!
feel free to contact me any time, you've been there for us in many ways.
how
can WE
help YOU?
6 · June 25 at 1:08pm

**Dillon Huddleston** Reading through half of these comments, and it's pretty amazing how half of the people on here seem to have forgotten the sacrifice y'all made to help thousands of people in LV. Pretty sad the lack of respect for such amazing people!
16 · June 25 at 2:55pm

### Intro

Married to Cynthia Delaney

### Photos



### Friends · 3,459



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

**Lucy Villa McKenna** 🤚🤚🤚
1 · June 25 at 11:02pm

**Penny LeClair** yes, Dillon, it is
1 · June 25 at 3:49pm

**John Gordon** This saddens me, as expanding business opportunities could mean writing books, doing webinars or private training like Eric worrie does yet LV cut them lose ;(
1 · June 25 at 5:10pm

**Joe Houston** No John they don't.
June 25 at 5:17pm

**Marilyn Johnson** the problem is you went after other people's teams and tried to recruit them. Not cool, we all need to follow the rules none of us are above the rules of this company. Doesn't matter if your a pro 10 or just a distributor. Follow the rules Lifevantage is totally up and up!! Lesson learned nobody should be above the law.
9 · June 25 at 8:35pm

**Bill Delaney** Not true Marilyn Johnson
2 · June 25 at 10:39pm

**Timothy Loewen Holdeman** Your law suit will affect everyone. .Just like all the others that have left, it came down to thinking about your self. . I just read this now and the only thought that comes to my mind is this......I am so glad that LV will not stand for insubordination.. GOD BLESS LIFEVANTAGE.
1 · June 26 at 1:56am

**Sheila Burnham** Marilyn Johnson The Delaneys Did Not recruit anyone to this new venture. Please get your facts straight before making accusations.
2 · June 26 at 3:10pm

**Chris Vale** The Delaneys never personally recruited anybody because they do not need to. Anybody that goes to their new venture goes in their business regardless because they are the master distributors. All they needed to do was to put the seed out there.
June 29 at 12:33pm

**Janet Spear Witter** Love you guys
4 · June 25 at 8:50pm

**Matthew Waldrop**



June 25 at 11:49pm

**Bill Delaney** We love you Matthew Waldrop We choose love! Best wishes and success!
1 · June 26 at 12:01am

**Matthew Waldrop** Bill never forget the first time we met at the beefs in Seffner fl. You made a huge impact on myself and my family, many memories since then, lots have happened. Lots will happen. Hoping for a positive turnout that will take LV to the place we know it can and will be!
1 · June 26 at 12:06am

**Bill Delaney** Matthew Waldrop Totally agree 100%
1 · June 26 at 12:07am

**Mary Porter** Prayers for all those involved.
2 · June 27 at 10:39am · Edited

**Brittany Crow** Shame on those of you that choose to bad mouth and speak negatively towards the Delaneys. Shouldn't you support them in their decisions as they have supported you throughout the years?? If you don't agree with the decisions they make then delete them or keep the bullshit to yourselves! Delaney family yall are one of the most amazing group of people I know and yall are doing AMAZING things with some amazing people backing yall up!! Keep it up!! Cause in the in the good always outweighs the bad!!! Love yall so much!!!!
12 · June 27 at 11:52am

**LeeAnn Ray** #truth!!!
2 · June 27 at 12:03pm

**Cari Fielding** Absolutely!!!!
2 · June 27 at 12:13pm

**Jill Ford Hayes** I agree Brittany!!!
2 · June 27 at 12:38pm

**Cynthia Delaney** We Love you with all our hearts Brittany Nicole
1 · June 27 at 1:14pm

**Intro**

Married to Cynthia Delaney

**Photos**



**Friends** · 3,459



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

---

**Penny LeClair** Aimee Leed-Lucas,
my compassion to you, as my Mom battled Parkinson's.
she and my Dad were always entrepreneurial-minded, though they simply never met the right company for whatever factor(s) lacked in those companies.
I feel very certain they would have looked at this Company, and would have seen & benefitted from Protandim, firstly. (They had suffered much in the way of lack of health.)
I've also been an entrepreneur as long as I can remember, though I too had never found that right one company.

I shall refrain from commenting on the legalities of this particular matter, that is not my place currently.
what I have expressed is disappointment in people's unpleasant behaviours toward Bill & Cynthia, as there is no need to speak with such mean-spiritedness. the legal matter shall be attended to and settled -- not contingent upon whether we agree.
but, whatever the decision, we can still let the Delaneys know we love and appreciate them and all their work to make things better and easier for us.
yes, I have unanswered concerns, but I trust those shall be resolved according to what's best for me.
LifeVantage is important to me, though not the highest priority in my life -- and I've heard enough distributors of varying ranks, as well as Corporate itself, expressing that they expect no less from me or anyone else. Bill & Cynthia would have it no other way, either, I believe.
no matter what our feelings might be in regard to the legal matter, or toward anyone involved in it, whichever 'side', it might help to remember that we do still have products that are not matched anywhere for their science. the products themselves are not involved, and we certainly do still benefit wonderfully from using them.
in defense of those in Lifevantage's Corporate,
past & present,
let us bear in mind,
that from the very start
they have worked with the distributors to make running our businesses more efficient.
i do appreciate them for such efforts.

this particular issue has "hit home" with so many of us, though, in different ways.
speaking for myself, i ask Yahuah for His unfailing wisdom to guide me as to what is right for me. I have not seen any other company offer even the equivalent of the 'six markers' that define a company as we have, let alone exceed such.

let each one's business continue to thrive, in the proper wisdom, and with respect. whoever might choose to leave this Company, let it be for the right reasons, and the same for whoever decides to remain in LifeVantage.
as Seth Mulder & Marc Shinsato spoke in the Proven Plan audio, in sharing with our family/friends/others, if they say "no"/"not now", we can make sure they know that we can still remain friends with them, just not business partners. they make it clear that relationships are more important.

be blessed, my friend. you're in my prayers.
2 · June 27 at 1:03pm


**Phyllis Hensley** Best of luck !
1 · June 27 at 3:11pm


**Chris Vale** I never post on Facebook, but I have to share my thoughts....I am in no way being negative, but like it has been said, lets look at facts. The post on May 15 by you guys about diversifying could be viewed in different ways from different people. I can tell you this, no matter what your intentions were, the seed was planted. Look at the comments after the post. People were asking what company and opportunity you all were talking about. Did you personally recruit them? Of course you didn't, but that post alone has the potential to ruin people's businesses. Why do I say this? Well, the reason is because I speak from experience. I was @ around $95,000 a month in volume, and a person whom I will not mention, started promoting the exact same scenario as you guys. He was all about Lifevantage, but he had found something else that was not in health in wellness, and he just wanted to share it with his friends. He never personally recruited anyone out of my business, but my business went from $95,000 in volume to $35,000 in volume overnight. And he was just a pro 6, not a pro 10. His little seed that he planted cost me over half of my check and I went from time freedom to looking for a job. So for a pro 10, planting a seed like that may not effect your check and business because you have enough new volume coming in every month to replace the lost volume, but to the pro 6, pro 5, pro 4, pro 3, pro 2, pro 1, and distributor....this tears their business apart. Why? Because they don't have elite distributors all over their team to hold it together when the people on the fence think it's easier or faster to look at and build another business. They all start leaving. If they have not built a successful Lifevantage business, how are they going to build another one and still try to make Lifevantage work? They can't do 2 businesses like you guys because it is a known fact, "do not build another mlm until you have perfected and built your current one." So having said that. Really, the only people you should have offered to help diversify their income would be elite distributors. They have already perfected their businesses. And well....you could have just called them up, considering there isn't too many of them, but instead you posted on Facebook. My problem is that as pro 10's...you can not tell me that you are not aware of the possible issues that come up when you even mention to your downline about another mlm.....you've been around big boys in this industry, and you have to know how this works. So if you didn't, then I'm sorry you had to learn the hard way, and if you did, then that's not good either. Wishing you the best.
11 · June 29 at 6:46am


**Penny LeClair** good point, Chris Vale..
yes, I'd seen some similar comments, but you do bring up the valid point about the not-yet-elite ranks, which surely includes me, currently.





## Intro

Married to Cynthia Delaney

## Photos

## Friends · 3,459

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

I really hate to see the divisiveness, and still care for the Delaneys very much, though I've not even met them yet. it's been through the audios that I've heard them share their experiences on how anyone can do this business -- yes, Brandon Cunningham, DO this business.

I pray those who have been drawn to this matter --
all --
involved in the litigation or not,
not make any rash decisions, especially based on emotion. I find it difficult at times, personally, to separate the actual issues from the personages of those I care about who make the choices that bring repercussions. we're human, we don't like repercussions, but if we're honest with ourselves, we have to admit mistakes, and when we've been wrong.
so... forward I go. I thank Bill & Cynthia, I thank LifeVantage... but mostly, i thank Yahuah for His direction for me and for all He allows me to help.

1 · June 29 at 7:51am

**Cynthia Delaney** We Love and are Blessed by all the LV friendships and love over the last 7 1/2 years & will continue to be Grateful and Supportive of everyone at LV. We Will Celebrate the Victories of Everyone! We r here to help anyone in their NWM journey! Our hearts... See More

2 · June 29 at 10:54am

**Penny LeClair** keeping you in my heart.

1 · June 29 at 10:59am

**Penny LeClair**

June 29 at 11:02am

**Bob Kalle** I do not kkow them personally, but you can not serve two masters.

1 · June 29 at 5:30pm

**Darryl Amaral** Thanks for the inspiration. Hope and pray all you wish and dream will become reality. LoveVantage is all I ever felt from your Family!!Aloha Darryl Amaral

2 · July 5 at 6:36pm

**Bill Delaney** with Cynthia Delaney.
June 20 ·

#Keepitreal #clarity #teamwork

Share

29

**Bill Delaney**
June 18 ·

#Love #Payitforward

Share

35

1 share

Intro

Married to Cynthia Delaney

Photos

**Bill Delaney** with Cynthia Delaney.
June 14 ·

This is tribute to my #Amazing wife and best friend! You make me better in every way baby! Thanks for loving me so much! Giant #Love! Your Bill forever! #bestfriends #Newbeginnings

Share

62

View 1 more comment

**Terry McClure** Amen and Amen!
1 · June 15 at 12:48am

**Nigh Asu** That is so lovely!!
1 · June 15 at 4:54am

**Cynthia Delaney** There are not words big enough or a breath long enough, to Ever in this life, tell you how much I Love You Bill Delaney!! But, I will try everyday to treat you like the man you are, and to make you laugh and make you feel so Very Appreciated and Loved... See More
4 · June 15 at 9:21am

**Terry McClure** Continued Blessings you Lovely People!
1 · June 15 at 9:23am

Friends · 3,459

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

**Bill Delaney** with Cynthia Delaney.
June 14 ·

It's so fun to #celebrate people #winning! #bestfeelingever #love #livedontexist #payitforward

Share

### Intro

Married to Cynthia Delaney

### Photos



### Friends · 3,459





3 shares

**Aaron Buzzell** You know what makes the world a better place? You do.. one act of kindness at a time. Thank you for every smile you give thank you for just being you cause that's what makes this world a better place. One who keeps everything for them self is wealthy b... See More

1 · June 15 at 5:58pm

See More Recent Stories

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016