

Cynthia Delaney

Cynthia Delaney | Timeline | Recent

Add Friend

Intro

Lives in Tucson, Arizona

Married to Bill Delaney

From Tucson, Arizona

Add Friend Message

Timeline | About | Friends | Photos | More

friend request.

Add Friend

EXHIBIT 8

Photos

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

**Cynthia Delaney** with Bill Delaney.
July 17 at 12:35pm · Grapevine, TX ·

"Here's to those who #Inspire you & Don't even know it"!!
We have been so #Blessed to be surrounded by some of the most Incredible people!! A Big thanks to everyone who has made us push harder, live Bigger and Become Better!! #Payingitforward!!
Bill Delaney
Going #Global!! & Heading to one of the Best #destinations on the planet!! So Excited!!

Share

108

2 shares

View 8 more comments

**Julie Mai**
2 · July 19 at 4:04am

**Jenny Crane** you both!
2 · July 19 at 10:58pm

**Stace Thomas Falk** you two❗It was AWESOME spending the past couple days with you both‼ On to a bigger & better VISION‼💪
💥💯✔
3 · July 20 at 2:26pm

**Lauri Henley Lewallen** Aligning with the best in the industry‼ Thank you for your time here‼
4 · July 20 at 4:19pm

## Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



## Photos



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

---

**Cynthia Delaney** added 2 new photos — with Dillon Delaney.
July 1 at 10:55am · Oro Valley, AZ ·

 LOVE
We Love and are Blessed by ALL the friendships and love over the last 7 1/2 years & will continue to be Grateful and Supportive of Everyone. We Will Celebrate the Victories of You ALL! We r here to help anyone in their NWM journey! Always will be ❣ Our hearts are full from the many lives we have been blessed to be a part of, and we LOVE all y'all dearly!! Thank you for all you are doing to create better lives for others and impacting the world with Good     Blessings to you all!! Bill Delaney Dillon Delaney



Share

138

1 share

View 5 more comments

 **Vicki Kane** May your journey continue to inspire and change lives for the better. #neversettlefor2nd
2 · July 1 at 6:31pm

 **Jenny Crane** I need to come visit you all in Arizona with Jae Lazar
3 · July 1 at 8:40pm

 **Kathleen Viola** Thank you for being an inspiration to those that weren't even in/on your down line/team! Your positive energy and willingness to teach others has helped to keep me from giving up, even through some really tough times! I love LV and always will, but I wish your family continued success whatever road you're on!
3 · July 2 at 1:12am

 **Paula Gibson**     thank you for being such inspiring leaders from the get go!
1 · July 3 at 12:41am

---

 **Cynthia Delaney**
June 24 at 2:55pm · Crawford, TX ·

Friends,

Please receive this message with the absolute love, admiration and gratitude that we have for all of you! It is with a very sad heart that it has come to this. Many of you are confused and we feel that you deserve to know the truth about what has happened, so we are posting this with the sincere hope that it gives you clarity.

A few weeks ago, LifeVantage placed us on indefinite "suspension" after we announced our excitement to diversify our business interests. We were shocked and disappointed by LifeVantage's actions. These actions rob the independence and freedom that all of us should have as independent business owners.

We believe that LifeVantage's actions are unfair and unlawful. As such, we were forced to file a lawsuit against LifeVantage.(See link below)

We remain hopeful that LifeVantage will reconsider its actions.

We spent years of dedicated efforts building our LifeVantage business. We continue to use Protandim every day and still recommend it to people. But the reward of our years of effort and hard work were eliminated by LifeVantage.

We want all of you to have hopes and dreams on fire! And wish you the very best! We stated very clearly that we were not leaving LifeVantage, but the company had other plans for us.

We appreciate your friendship!

Sincerely,
Bill & Cynthia Delaney
"Live, Don't Exist!"

https://www.dropbox.com/s/beb6meccw0x3pua/Complaint.pdf?dl=0

Bill Delaney

## Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



## Photos



English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies ·
More
Facebook © 2016

---

Mark F. James (5295)
Mitchell A. Stephens (11775)
Justin L. James (15167)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666
mjames@hjdlaw.com
mstephens@hjdlaw.com
jjames@hjdlaw.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| TEAM MASTER PLAN, LLC, an Arizona limited liability company; BILL DELANEY, an individual; and CYNTHIA DELANEY, an individual Plaintiffs, v. LIFEVANTAGE CORPORATION, a Colorado corporation Defendant. | **COMPLAINT** (Jury Trial Demanded) Case No. 2:16-cv-00448 Judge: Dee Benson |

Plaintiffs Team Master Plan, LLC, Bill Delaney, and Cynthia Delaney (collectively "Plaintiffs") hereby complain and allege against defendant LifeVantage Corporation ("LifeVantage") as follows:

---

Share

54

**Kenna Vallejos** Thank goodness you are not splitting up as a couple. I watched quietly as the power of two showed up for your son in his trial. I'm grateful your unity still stands.
3 · June 24 at 4:29pm

**William C. Davison** Best wishes on your future endeavors going forward! I am not an attorney so nothing can really be said about the condition that you all are facing with this. You all are certainly leaders in this industry and will thrive going forward where ever your future will take you! God Bless you all
6 · June 24 at 4:55pm

**Marty Mickelson** So you mean to tell me that it is unfair for LIFEVANTAGE to suspend you and ok for you to cross recruit. Come on. I am sorry I stayed quiet on his, however, you and I both know that you can't "diversify" in the same industry. Especially when you are taking people from your own downline and the downline of others. Call it what it is and you will get more respect. You found something new and you are moving on. However choices have consequences. I wish the best for both of you.
16 · June 24 at 5:45pm

Hide 14 Replies

**Bill Delaney** Marty Mickelson We did not and would not cross recruit anyone! Marty, it sounds like you have an "opinion", to what level are you willing to stake this opinion? Independent contractors are not employees. You can make that decision if you want to, but we choose free will and free market capitalism. Marty, you are not even in our genealogy but you know that we've gone over and above to support you! We did not choose to "move on", and clearly stated so in our original post. But Marty, you're entitled to your opinion, we will never stop loving you!
5 · June 24 at 5:56pm

**Karen Murphy** Bill Delaney I am confused. You mention Independent contractors are not employees but in your Complaint under Prayer for Relief section E it states you are seeking the court to find that your employment status was that of an Employee and not an Independent contractor.
1 · June 24 at 6:04pm

**Michelle O'Quinn** Well said Bill Delaney!
2 · June 24 at 6:36pm

**Karen Murphy** I'm still confused
June 24 at 8:44pm

**Marty Mickelson** Bill Delaney I think you mis understand my post. My point is you can not diversify. If you chase two chickens you will catch neither one. And as leaders people hear you say this and they think ya I can diversify too and they run off and you have now c... See More
3 · June 24 at 10:13pm

**Bill Delaney** Marty Mickelson We are the same people that helped you! Our mission is the same, help as many people as possible! It's a purpose driven life! Our most successful mentors have advised us to diversify. We hope that you learn to diversify, your family is depending on you to provide for and protect them. How are you and your family? We haven't heard from you lately.
1 · June 24 at 10:21pm · Edited

**Cynthia Delaney** Marty Mickelson , we had an aviation business when we diversified at LV. You have a real estate business now. I think we all know how important it is to prepare. We have all encouraged plan A's and plan B's.
Well Love y'all always
2 · June 24 at 11:20pm

## Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



## Photos



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

 **Timothy Loewen Holdeman** So Bill Delaney. Is not 60000 to 100000 per month not enough money??I am realy confused here...Once again folks its not only about just you. Every decision you make effects everyone below you... I hate this kind of thing..Totaly agree with Marty Mickleson
1 · June 26 at 2:54am

 **Marty Mickelson** Cynthia Delaney
June 26 at 1:00pm

**Marty Mickelson** Cynthia Delaney and Bill Bill Delaney. Ok I have taken some time to clarify my thoughts here. We all have our opinions and I have a problem with what you are saying. You are taking something that should be private between you and LifeVantage and making it public. Why would you do that. If people are asking you questions then take the time privately and answer them. When you post this lawsuit here is my perceptions on why you are doing it. My opinion is, and if you truly care about me and my family then you either respect my opinion or help me see where I may be wrong. So here it is. My opinion is that one you want sympathy for how LifeVantage has chosen to respond to what you have CHOSEN to do. Two you want to take that sympathy and further persuade people to now join you in your new venture. You put out a lure hoping to catch some fish. To further bait that lure you keep talking about diversification. You even tried to throw me doing real estate in my face like see you are doing it. Let's me clear here. I am a Pro 6 with 6 kids and a beautiful wife Allyson Tippetts Mickelson to support. I have a fair amount of
Residual income to help support my family just not enough yet to fully support my family. When we started we were owners of a Landscaping company. That failed in the recession we needed another source of income so yes we diversified in a completely different industry to do that. We did not muddy the waters by going to another MLM because that is not diversification. That would be line having our Landscpe company and then opening another landscape company at the same time. Which one do we put the business in? Just does not work. Diversify means OTHER sources outside your main industry.

Further more you threw in my face that you came to Vegas to help me and my team and we weren't in your downline. That offends me. Let's once again be honest. You never once came to Vegas for Marty and Allyson. You came for the team that Ann Woodrum was building. As a result we became friends and partnered meetings together and each benefited from one another. However, when that team did not produce a leader you two left Vegas and never returned. I do not fault you for that. So to be clear it was a joint venture that we tried together and benefited together. I am sorry if this is harsh. However, I am not about to create a parade to celebrate you moving to a new company and I am not going to join the pitty party that you are creating as a result of your actions. I just want to call a spade a spade. And clarify this divisive bullshit you call diversification.
2 · June 26 at 1:27pm

 **LeeAnn Ray** Marty, your post is just plain rude!! I've read posts bashing the Delaney's for a couple of days and this one takes the cake. You've obviously spent A LOT of time simmering over this, instead of continuing to build the business you believe so strongly in. Do yourself a favor and unfriend Bill and Cynthia so that you can move on with your life!! The Delaney's are amazing people who have done nothing but pour blood, sweat and tears into Life Vantage. People have conveniently forgotten that!! So what, they grabbed onto a way to diversify THEIR business portfolio and further THEIR financial portfolio for THEIR FAMILY and future family! It's their life and their prerogative to do whatever they want in business! You do not get an opinion on that-nobody does!They have done nothing to you! Your success or failure is on you, not them yet I see a lot of blame going on! My success and failures are on me and the Delaney's have done nothing but support me when I asked for it! Always pushing, always encouraging! That's the kind of people they are! You absolutely owe them an apology for your rude comments! It's awfully easy to be so rude hiding behind a computer screen. I have NO DOUBT that they will spend the rest of their lives continuing to help people reach their full potential-no matter where or how. That's just who they are and I am sad for you that you don't recognize that about them because you sure are missing out on seeing the hearts of some pretty great people!!
1 · June 26 at 3:18pm

 **Cynthia Delaney** Marty Mickelson
June 26 at 3:45pm

 **Marty Mickelson** LeeAnn Ray first off you don't know me. I am known as one who speaks his mind I would say the same if they were in front of me. Second I do not hate Bill Bill Delaney or Cynthia Delaney. I have known them for 6 years now and respect what they did to get to the top. However, they publicly are airing this issue and therefore I have to address to them publicly the feedback I get from people in my team. Actions cause a
Ripple effect just like throwing a stone in a pond the ripples effect everyone whether you intended them to or not. Their actions are having an effect on other peoples businesses. So publicly I will say to Bill Delany and Cynthia Delany if I have offended you with my comments I apologize. I hope the best for you. I know you are adults and understand that I am letting you know my concerns with what is going on. If they chose to as you say "unfriend me" the that is their right to do so. Furthermore it is funny that you come at me so hard calling me rude when you don't know me and you chose to go to the other company according to your Facebook. I say to you good luck I hope you as well are successful.

## Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



## Photos



English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies ·
More
Facebook © 2016

1 · June 26 at 4:01pm

**LeeAnn Ray** **Marty Mickelson** I will be successful! Thank you! Good luck to you as well! Love on people, don't dog them.
June 26 at 4:26pm · Edited

**Wayne Barber II** I don't know all the details regarding your choice to diversify so I would be remiss to comment. Sad it has come to this though. Message us if you don't mind.
2 · June 24 at 5:58pm

**Ryan Thompson** Cynthia, because I am obviously aware of your circumstances and the impact on your family, I want to express that your personal values have never been stronger or clearer to me. I respect who you are and what you stand for and am honored to call you my friend. Stay strong and stay true to your values and your friends will stand behind you. So from one friend to another, I've got your back. We have bright days ahead sister!
23 · June 24 at 6:02pm

**Jae Lazar** 100%!
2 · June 24 at 7:05pm

**Cynthia Delaney** Ryan Thompson, you are Incredible‼️ We are so Blessed to call you friend & Honored to share in such an Awesome future together! Blood makes you related, loyalty makes you family. We are Grateful to have family like you! Your an Absolute stand up gentleman! All of our Best days are ahead of us all, and we have your back too brother!
4 · June 24 at 11:34pm

**Lance Hooker** Well said Ryan.... Bill and Cynthia, know I'm 3 miles down the road and if you EVER need anything, you BETTER call me! You are good people and I value you both and Dillon. Thank you for being you.
4 · June 25 at 1:53am

**Michelle O'Quinn** Saddened to say this, not surprised! I hate hearing this news, and the impact it will have on your family. You guys were there when I initially launched as a distributor. The encouragement was steadfast and real. I too know what you stand for! And I also encourage you to stay true to your values NO MATTER WHAT THE COST. Lifting you and your family up in prayer knowing HE has a plan sista!!!!
6 · June 24 at 6:31pm

**Christine Navarro** Amen
1 · June 24 at 6:37pm

**Christine Navarro** My dear friends, I thank you for all you've done, for all your support and all the love. Stay strong always, your both such amazing people, who loves life and love others. Ignore the negative comments and focus on the positive. Thank you both for being there for me when the Strom struck. Stay true to your values.
Live don't exist!!!!!!
Love you guys...
10 · June 24 at 6:38pm · Edited

**Cynthia Delaney** Love y'all tons‼️ Always Will! We will always be there for y'all! This friendship is for a lifetime! Thank you being here for us
2 · June 24 at 11:38pm

**Robert Frank** I hope you win this. Because you're not their employee. You are an independent business owner and have the right to offer what ever you like to your customer base. This is the one thing that has kept me from building big there because I don't agree with this rule.
7 · June 24 at 6:41pm

**Vanessa Marquez** Hi Robert     You can participate in other nwm and direct selling companies here. You may not invite, recruit or solicit even directly or indirectly like fb to LifeVantage distributors. This is a more flexible policy than most nwm companies which typically say you cannot even participate in an other nwm company . It's important in business to know your policy and procedures. We have freedom here at LifeVantage, and at the same time as with any company, policies and procedures are created to protect the company as a whole. It's really simple to help a lot of people, live your purpose and abide by our policies and procedures. What you dont agree on is a misunderstanding of common policies and procedures that exist in most companies as non competes and agreements for appropriate business conduct.
http://www.lifevantage.com/compliance-weekly-june-24-2016/



4 · June 26 at 11:11am

## Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



## Photos



English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

**Barbara Gayle** I can't see how this post on Facebook can help your case. LifeVantage must have their reasons and you yours. Many others in your downline are impacted by this as well. I wish you well.
9 · June 24 at 7:13pm

**Sheila Burnham** Cynthia,
You and Bill have always been so amazing in encouragement and support of everyone's success at LifeVantage! You made a mark that will Never go away!!!! Much Love and Appreciation to you and your amazing family 
7 · June 24 at 7:18pm

**Cynthia Delaney** Sheila Burnham, thank you for your geart!!  You are Such an Inspiration!! Your story is what drives me! So Breathtaking to see people Thrive & it's a Blessing to be even a speck of a reason why! Love you dearly B
1 · June 25 at 12:41am

**Chris Benson** I'm confused. Why is the law firm mentioning defendants as Douglas C. Robinson, David phelps and Global Rescue LLC dba Global Rescue Direct on page 15 are they involved in the lawsuit too? This is so sad  for everyone.
2 · June 24 at 7:37pm

**Christine Navarro** It saddens my heart to read all the posts of all those who are being negative towards the Delaney's. No matter what's going on in there life they are always there to encourage others. There life is all about helping others in a positive way. Those who they have helped and called them friends and now are bashing them, shame on you. What ever Journey they decide to go on in life I wish them the best of luck and much prosperity. Bill & Cynthia, I will always hold you near and dear to my heart. Thanks for your support. Love you 
13 · June 24 at 8:05pm

**Jill Ford Hayes** Cynthia...your family has always been pay it forward people. You didn't have to be in my living room presenting to the one person that showed up. You could have settled and retired on some island but it is your passion and your life goal to help others. As for my family you took a girl that was full of doubt and what ifs and taught me how to believe in myself and never give up! Dillon has been an amazing leader and mentor to my 17 year old son! Thank you Dillon!You have more people that love you than not. We've got you and your family's back!! Love you guys beyond measure 
12 · June 24 at 8:06pm

**DeeDee West Gonzalez** Yup
1 · June 24 at 8:31pm

**Cynthia Delaney** Thank you for the Love Jill Ford Hayes!!
Your message means more than you know  You are a Beautiful and Strong women!
Knowing you & Austin is a True Blessing!!
It's Your turn to pay it forward!! Burning down the couch 
We have your back too!! Always!!
Love yall!!
1 · June 25 at 12:21am

**Clifford Kiger** I never met y'all. I hear wonder things about y'all. Y'all are great mentors. Y'all are the best in my book. This is suppose to be a family no matter what rank everyone is, y'all are very appreciated and respect. Thanks for all the works and wisdom! !!!!!!! GOD BLESS !!!!!!!
6 · June 24 at 8:06pm

**DeeDee West Gonzalez** You should meet them
1 · June 24 at 8:32pm

**Ed Marvel** Oh yeah! They're even better in person if you can believe that. They never ceased to give unending support and encouragement not only in LV but just a positive attitude in life.
Love you guys immensely.
3 · June 24 at 11:08pm

**DeeDee West Gonzalez** My dear friends Bill and Cynthia...regardless of what ANYONE thinks...you two were created for a divine purpose and destiny. No institution will EVER bind that. The God that I serve created and formed you out of the same mold and I know your hearts...I have witnessed it. You are two of the most pay-it-forward people I know and NO ONE can take away destiny. We all know who has the final word and I am honored to be called your friend. Love you both.
9 · June 24 at 8:23pm · Edited

**Cynthia Delaney** God has Great plans!! & you coming into our lives has been part of that! Thank you for the Love!! & speaking such powerful affirmation into our life! We r so very honored to call you friend as well! We will Celebrate a lot of Great life together! We Love you tons back!!
2 · June 25 at 12:27am

**DeeDee West Gonzalez** Indeed He does sister!! Muchos besos!!!!!!
1 · June 25 at 12:48am

**Rene' Essink** Regardless of the outcome you have been two of the most inspiring mentors I've been fortunate to listen too!! God bless you and good luck!!
6 · June 24 at 8:37pm

**Bill Delaney** Blessed! Thank you Rene!
June 24 at 8:43pm

## Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



## Photos



English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies ·
More
Facebook © 2016

---

**HannahMae Limpic** Cynthia and Bill Delaney, I only have love and admiration for you both. Ya'll have gone above and beyond to encourage and mentor me when there was nothin in it for you. Ya'll are what America is all about! I will always value your love and friendship. God Bless Your beautiful family! Ya'll have hearts bigger than Texas! Love you
11 · June 24 at 8:39pm

**Bill Delaney** HannahMae Limpic Humbled!
June 24 at 8:41pm

**Cynthia Delaney** Grateful for your light HannahMae Limpic!!
1 · June 25 at 12:11am

**Jose F Aguirre** Live dont exist!
4 · June 24 at 8:43pm

**Christine Navarro** That's right!!!!
2 · June 24 at 8:43pm

**John Somma** In a free country, grocery stores sell more than one brand of chocolate and other products. Hopefully, we can all get along and operate without too many restrictions. I, too, have diverse interest along the lines of heping people become healthier and wealthier. Best wishes!
9 · June 24 at 8:45pm

**Mkbk Blair** Aunt Mary here....Ya'll are in my prayers!
2 · June 24 at 11:32pm · Edited

**Anna Boisvert** Love, peace, and luck to you both
3 · June 25 at 2:03pm

**Bill Delaney** Same to you Anna Anna Boisvert
1 · June 25 at 3:44pm

**Kenny Hill** You are both Stand up people! Masters in my Book!! God Bless. I don't choose sides I choose Freedom!! We must fight for it daily!!
4 · June 25 at 7:27pm

**Jason Peisley** Seems like it's going to be a judgement call. Some fine line walking. Best result is Delaneys can do both if they still truly have a love for Lifevantage.
2 · June 26 at 11:04am

**Shawn Swore Atay** We will pray for the best outcome for you in this situation!
2 · June 26 at 12:05pm

**Kim Heath** Miguel Scannone
June 26 at 2:23pm

**Elizabeth Nelson** Why are people so hateful? If you can't respect their current actions at least respect the foundation they helped build in LIfeVantage. What they did was amazing.
7 · June 26 at 11:34pm

**Shawn Jorgenson** Totally!!! The Delaney's have earned the benefit of the doubt, pouring so much effort and heart into this company and the distributors. I have been so inspired by the family.. Bill, Cynthia, and Dillon. With the social media landscape as it is – public and interconnected – it seems as if a person has to be actively hiding their actions with another MLM if they are to be compliant. Unless presentations are being given introducing both opportunities in the same meeting, then go Delaney's!!
1 · June 29 at 1:02pm · Edited

**Brittany Crow** Shame on those of you that choose to bad mouth and speak negatively towards the Delaneys. Shouldn't you support them in their decisions as they have supported you throughout the years?? If you don't agree with the decisions they make then delete them or keep the bullshit to yourselves! Delaney family yall are one of the most amazing group of people I know and yall are doing AMAZING things with some amazing people backing yall up!! Keep it up!! Cause in the in the good always outweighs the bad!!! Love yall so much!!!!
4 · June 27 at 1:11pm

**Chris Vale** I never post on Facebook, but I have to share my thoughts....I am in no way being negative, but like it has been said, lets look at facts. The post on May 15 by you guys about diversifying could be viewed in different ways from different people. I can tell you this, no matter what your intentions were, the seed was planted. Look at the comments after the post. People were asking what company and opportunity you all were talking about. Did you personally recruit them? Of course you didn't, but that post alone has the potential to ruin people's businesses. Why do I say this? Well, the reason is because I speak from experience. I was @ around $95,000 a month in volume, and a person whom I will not mention, started promoting the exact same scenario as you guys. He was all about Lifevantage, but he had found something else that was not in health in wellness, and he just wanted to share it with his friends. He never personally recruited anyone out of my business, but my business went from $95,000 in volume to $35,000 in volume overnight. And he was just a pro 6, not a pro 10. His little seed that he planted cost me over half of my check and I went from time freedom to looking for a job. So for a pro 10, planting a seed like that may not effect your check and business because you have enough new volume coming in every month to replace the lost volume, but to the pro 6, pro 5, pro 4, pro 3, pro 2, pro 1, and distributor....this tears their business apart. Why? Because they don't have elite distributors all over their team to hold it together when the people on the fence think it's easier or faster to look at and build another business. They all start leaving. If they have not built a successful Lifevantage business, how are they going to build another one and still try to make Lifevantage work? They can't

### Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



### Photos



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

---

do 2 businesses like you guys because it is a known fact, "do not build another mlm until you have perfected and built your current one." So having said that. Really, the only people you should have offered to help diversify their income would be elite distributors. They have already perfected their businesses. And well....you could have just called them up, considering there isn't too many of them, but instead you posted on Facebook. My problem is that as pro 10's...you can not tell me that you are not aware of the possible issues that come up when you even mention to your downline about another mlm.....you've been around big boys in this industry, and you have to know how this works. So if you didn't, then I'm sorry you had to learn the hard way, and if you did, then that's not good either. Wishing you the best.

11 · June 28 at 11:01pm

**Dan Oesterman** I am so disappointed that they did this. I hope it all works out for your family. I love you guys so much!
1 · June 29 at 1:00am

**Chris Vale** I also found it quite coincidental that your post on diversification was posted on May 15, the day your pro 10 checks hit your pro pay account, and past the point of Lifevantage holding your money back. You are master distributors of this new venture with Doug Robinson, Dave Phelps, and Ryan Thompson, and you did not put this venture together in a couple weeks. This has been months in the making, and I know you've got attorneys and consultants guiding you through the whole process. Are you saying that not a single person in your circle warned or guided you about mentioning to your downline about your new mlm? If so, you should sue them. Again, I'm only stating the facts....but damn, these facts are like showing the ABC news video, you can't dispute it.
2 · June 29 at 1:15pm

**Cynthia Delaney** Tons of assumptions.
We wish it was this simple, but it's not. Truth and Time will meet. We Love and are Blessed by all the LV friendships and love over the last 7 1/2 years & will continue to be Grateful and Supportive of everyone at LV. We Will Celebrate the Victories of Everyone! We are here to help anyone in their NWM journey! Our hearts are full from the many lives we have been blessed to be a part of and we Love all y'all dearly‼ Thank you for all you are doing to create better lives and impact the world with Good
2 · June 29 at 3:45pm

**Chris Vale** My only assumptions were that you didn't get offered a master distributor position with a new company with just a couple of weeks of talking about it, and that you had attorneys and consultants guiding you. How do those assumptions change anything? I'm not wrong about you guys being master distributors along side Doug, Dave, and Ryan. What is not simple about that? Thx.
June 29 at 4:08pm

**Bill Delaney** Chris Vale Those are giant assumptions and not the only assumptions you made and assumptions are not facts. Sorry but you'll just have to wait for truth and time to meet. Best wishes to you for a life of success, freedom and time with the ones you love!
2 · June 29 at 4:15pm

**Chris Vale** My only assumption is that you guys should've known better....what about my assumptions changes what you guys did? You're master distributors with a new company and you put the seed out there for everyone to read? Am I assuming that also? Thx.
June 29 at 4:20pm

**Quynh Yamamoto** Hope everything will pan out the way that it is deserved !!!!! I truly appreciate what you and Bill Delaney have built and the inspiration you've instilled in all of us !!!! I still have the message you sent me and I will forever keep it !!!!! Love you !!!
1 · June 29 at 4:46pm · Edited

**Renee Giardina** Bill & Cynthia all you need to do is what youve always done, hold your head high, be positive and continue to live your lives helping other people!!! Im honored * blessed to be in GRD with you guys and our entire corporate team!! You have every right as Americans to be able to diversify your income without being penalized or controlled!! Prayers & positive thoughts are being sent by me to you!! Love all 3 of you, Bill Cynthia & Dillion!!
3 · June 29 at 7:59pm

**Donna Perse'** Wow. I've heard " money is the root of all evil." Geeee monnnn meee!" What is greed? I do not know. I do not care, love you all anyway. You've inspired me anyway. Much love and prayer for everyone.
2 · June 30 at 2:05am

**Suzanne Clark** if people continue to put ll their eggs in one basket like the housing, stock etc when the feast it is good but famine is 7 years Alternative so diversity is wise. The other is a virtual medical service not even a competitor of LV products. They were only suspended not fired. Stop judging in fear. if you truly believe in mlm business model then support all as customers instead of making the waltons richer at Walmart. What they do to their vendors is appalling. The only reason Lv sees this as a threat is because of past mgmt leaders. If you really have built a relationship business not a retail business loyalty will not waver.
1 · June 30 at 10:01am

**Lauri Henley Lewallen** Bill Delaney and Cynthia Delaney, I think you two are incredibly good people and inspiring leaders. I have to say, I'm extremely saddened and shocked at the negative and childish comments I'm reading on this post. Many of the derogatory posts by people that are speculating and then judging based on speculation. Since when has diversity ever been a bad word in the world of business? What ever happened to fair and square competition in the marketplace? That's the heart and soul of entrepreneurship and our free enterprise system. Simply stated, let visions, products, culture, results and stories

compete evenly and fairly. Allow people to make choices based on what they want. This isn't the Soviet Union!!

6 · July 2 at 10:40pm · Edited

**Cynthia Delaney** Lauri Henley Lewallen, you are a Beautiful Smart Women & a Class act     It's easy for people to throw stones, and unfortunately much harder for most to stand up for their beliefs, and what is right, but you have
Thank you for the support. It hasn't be... See More

2 · July 3 at 3:09pm

**Robert Tintoro** Well, here is my logical explanation on this, the way I see lifeVantage is just protecting their own business, and what they did, is just wrong, against the company policy, unethical, immoral, this move has no human moral, no business ethics. They can say whatever they want, the fact speaks for itself, if they would not share new MLM with their downline people they would not have face what thay are facing.

July 7 at 4:58pm

**Robert Tintoro** Maybe I am wrong, lord, let me be, I do not want look myself bad...

July 7 at 5:01pm

**Trevor V Coyne** All I know is LOVE covers a multitude of sin. Laws and their consequences will ensue, but that doesn't change a world that needs all of us to do our part. Take care!! God bless.

1 · July 11 at 10:59pm

## Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



## Photos



English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies ·
More
Facebook © 2016

**Cynthia Delaney**
June 20 · Oro Valley, AZ ·

#BLESSED #OurStory

Our Life didn't always look like this......You're dreams are closer than you think!

We were never ever, never ever, never ever going to do Network Marketing! OK, more about that later......

Continue Reading



Share

135

13 shares

View 9 more comments

**Paula Ponzo** Oops!! Sitting on the beach in the sun, can't read my screen LOL! Feel fortunate to know you both and have heard your story in person numerous times! Thanks so much!

1 · June 21 at 3:13pm

**Sheila Burnham** Beautiful life for a beautiful family❤ Love you guys!!!

1 · June 21 at 8:34pm

**Anna Izzi** Very inspiring! Love it! Thank you for sharing.

2 · June 22 at 8:23am

**Lauri Henley Lewallen** Love that photo Cynthia Delaney!!

2 · June 25 at 10:57am

### Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



### Photos



English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies ·
More
Facebook © 2016

**Cynthia Delaney** added 2 new photos.
June 19 · Oro Valley, AZ ·

"A DAD!!
A Son's First HERO!!
A Daughter's First LOVE"!!

A Tribute to the Amazing & Strong Dad's in my Life!! You Inspire me everyday as you give the world the gift of Your Hearts, and the Example of being Men of Truth and Honor, Love and Compassion, Strength and Humble Wisdom!! Always believing in others and the importance of Living this Life to the fullest, and giving without expectation!! You are two Amazing examples of what being a Father should look like!! With ALL my L... See More



Share

147

View 1 more comment

**Jill Ford Hayes** Happy Fathers Day Bill.
2 · June 19 at 3:19pm

**Miriam Camacho** Happy Father's Day!!!!!!! Enjoy Life
2 · June 19 at 5:42pm

**Stephani Verhalen**
2 · June 20 at 3:11am

**Bernalyn Gutierrez** Happy Father's Day. Bill. May God continue to bless you and your family
2 · June 20 at 7:59am

**Cynthia Delaney**
June 13 · Oro Valley, AZ ·

THIS WILL NEVER CHANGE!!
So Grateful for all the lives we get to Celebrate with, all the Friends made and all the Time and Choice built together!! Bill Delaney





Share

70

2 shares

**Sue Hambley-Ontiveros** Love you too!
2 · June 13 at 9:01pm

**Pat Parkhill Morrell**

2 · June 13 at 9:20pm

**Dave Rolf**

2 · June 13 at 11:02pm

**Jose F Aguirre** Love you guys ...you guys are amazing ...glad to have you guys in my circle of life .
2 · June 13 at 11:33pm

See More Recent Stories

### Intro

Lives in Tucson, Arizona
Married to Bill Delaney
From Tucson, Arizona



### Photos



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016