Cecilia M. Romero (9570)
John P. Harrington (5242)
Nathan Archibald (14855)
**HOLLAND & HART LLP**
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5800
Fax: (801) 799-5700
jharrington@hollandhart.com
cmromero@hollandhart.com
narchibald@hollandhart.com

*Attorneys for Defendant and Counterclaim Plaintiff
LifeVantage Corporation*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TEAM MASTER PLAN, LLC, an Arizona limited liability company; BILL DELANEY, an individual; and CYNTHIA DELANEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIFEVANTAGE CORPORATION, a Colorado corporation<br><br>Defendant. | **ORDER OF DISMISSAL**<br><br>Civil No. 2:16-cv-00448<br><br>Judge Dee Benson<br><br>**(Jury Trial)** |
| LIFEVANTAGE CORPORATION, a Colorado corporation<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>BILL DELANEY, an individual; and CYNTHIA DELANEY, an individual,<br><br>Counterclaim Defendants, | |

Plaintiff and Counterclaim Defendants Bill and Cynthia Delaney and Plaintiff Team Master Plan LLC, and Defendant and Counterclaim Plaintiff LifeVantage Corporation (together the "Parties"), having moved this Court, by and through their undersigned counsel of record, for the dismissal with prejudice of all claims and counterclaims asserted in the above-captioned action and based upon the Joint Motion and Stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the claims and counterclaims in this matter be dismissed with prejudice and the case closed.

Dated this 22nd day of December, 2016.

BY THE COURT:

_____
Honorable Dee Benson
United States District Court Judge

9439332_1